UNITED STATES BANKRUPTCY COURT
NORTHERN
EASTERN

| | | |
|---|---|---|
| In Re: | ) | Case No. 12-54008-MSS |
| | ) | |
| MCSHANE, TIMOTHY EDWARD | ) | Chapter 7 |
| MCSHANE, MARY J | ) | |
| Debtor(s). | ) | Judge: SHEA-STONUM |
| | ) | |

### MINUTES OF MEETING OF CREDITORS

Date of 341 Meeting: November 5, 2013     Time: 11:30 AM

Debtor(s)' Attorney: MORRIS H LAATSCH

Examination Conducted by:
   Interim Trustee: Mary K. Whitmer     ( )
   Elected Trustee: _____     ( )     Disputed? ( )
   Other: _____     ( )

Results of Meeting:

Held (X)                             Not Held ( )
Concluded (X)                   Debtor Failed to Appear ( )
Continued ( )                     Attorney Failed to Appear ( )
  Date: _____        Rescheduled: yes ( ) no ( )
  Time: _____                    At §341 ( )   Prior to §341 ( )

Address:   Changed to: _____     Date: _____
                                                                 Time: _____

                                                                 Motion to Dismiss to Follow ( )
Address Correct ( )                                Other: See Comments: ( )
                                                                 707(b) Review:
Case Determined to be:   Asset (X)        No Action Required ( )
                                              No-asset ( )         Recommend UST Action ( )
                                              Undetermined ( )   (see below/letter to follow)

Creditors Present:
   Creditor          Representative          Address & Phone

_____

Comments:

_____

                                                        /s/ Mary K. Whitmer
                                                        Panel Trustee